U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| GREGORY D. ROBERSON | CIVIL ACTION NO. 07-1100 |
| versus | JUDGE DONALD E. WALTER |
| SOUTHWEST FREIGHT LINES, ET AL. | MAGISTRATE JUDGE HAYERS |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss for Improper Venue [Doc. #3] filed on behalf of defendants, Benny H. Burnham and Great West Casualty Co., Inc., be and is hereby **DENIED**, and that this case be **TRANSFERRED** to the United States District Court for the Eastern District of Texas, Tyler Division. 28 U.S.C. § 1406(a).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23 day of October, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE